### Anonymous.

J. Hooker, moved for an attachment for the non-payment of costs. He produced a rule by which a motion made by the party against whom he moved was denied,

To bring a party into contempt for non-payment of costs, the rule should be entered expressly directing him to pay costs.

The rule that where a motion is denied, costs follow of course, unless the contrary be expressed, is merely directory to the clerk; and, to subject a party to their payment, the clerk should enter the rule for costs.

NEW YORK,  but the rule did not say with costs.  He relied on *Jackson*
May, 1825.  v. *Gayer*, (2 Cowen's Rep. 484,) that where a motion is
The People  denied, costs follow of course, unless the contrary be ex-
v.  pressed.
Tibbets.

> *Curia.*. That rule is merely directory to the clerk, that
> unless we express the contrary, he should enter the rule
> with costs.  If this was the fact, you should have seen to
> it, that the rule was entered correctly.  It should contain
> an express order to pay the costs, to bring the party into
> contempt.
>
>                                        Motion denied.